IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:22-cr- 48 |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| JOEL DURAN | ) | Fentanyl |
| (Counts 1-3) | ) | (Count 1) |
| | ) | |
| Defendant. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| | ) | Methamphetamine |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 1952(a)(3) |
| | ) | Travel Act |
| | ) | (Count 3) |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | Criminal Forfeiture |

INDICTMENT

May 2022 TERM - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about February 6, 2022, in the Eastern District of Virginia, the defendant, JOEL DURAN, did knowingly and intentionally possess with intent to distribute 400 grams or more ~~grams or more~~ of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).)

[Margin note: Per Order filed on 6/21/22, second words of "grams or more" are stricken from the Indictment.]

## COUNT TWO

On or about February 6, 2022, in the Eastern District of Virginia, the defendant, JOEL DURAN, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii.).)

## COUNT THREE

On or about February 6, 2022, within the Eastern District of Virginia and elsewhere, the defendant, JOEL DURAN, did knowingly travel in interstate and foreign commerce, and use the mail and any facility in interstate and foreign commerce, with intent to otherwise promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of any unlawful activity, to wit: the distribution, and possession with intent to distribute any narcotic and controlled substance (as defined in section 102(6) of the Controlled Substances Act), in violation of Title 21, United States Code, Section 841(a)(1), and thereafter performed and attempted to perform an act to otherwise promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on, of any such unlawful activity.

(In violation of Title 18, United States Code, Sections 1952(a)(3) and (A).)

## CRIMINAL FORFEITURE

THE GRAND JURY FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2. The defendant, if convicted of any of the violations alleged in Counts 1 and 2 of this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the violation; and

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

3. The defendants, if convicted of the violation alleged in Count 3 in this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation;

4. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d), 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States v. Joel Duran*
Criminal No. 2:22-cr-48

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

Jessica D. Aber
United States Attorney

By: _____
Kevin M. Comstock
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
kevin.comstock@usdoj.gov

By: _____
Graham Stolle
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
Graham.stolle3@usdoj.gov

4