ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN OPEN COURT
MAY 9 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Joel Duran<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:22cr48<br>)<br>)<br>)<br>) |

RECEIVED UNITED STATES MARSHAL
2022 MAY -5 A 8:37
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joel Duran                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.21:841(a)(1) Possession with Intent to Distribute Fentanyl ( Count 1 , et al)


Date: 05/04/2022

_____
*Issuing officer's signature*

City and state: Norfolk, VA

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/05/22 , and the person was arrested on *(date)* 05/09/22
at *(city and state)* Virginia Beach, VA.

Date: 05/09/22

_____
*Arresting officer's signature*

MARK T. BENNETT HSI/TFO
*Printed name and title*