IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL DURAN,<br><br>Defendant. | Case No. 2:22-CR-48 |

## STATEMENT OF FACTS

The United States and the defendant, JOEL DURAN ("the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On February 5, 2022, Virginia Beach Police Officers received information that the defendant was transporting narcotics to be delivered to Hampton Roads. Based on the information the officers were able to use Global Positioning System (GPS) data to track a phone number.

2. The officers were able to identify the defendant operating a gray Jeep as it was crossing the Chesapeake Bay Bridge Tunnel southbound. There was a second occupant in the car, later identified as the defendant's ex-wife.

3. Officers observed the defendant make multiple traffic violations as he was driving through Virginia Beach. The defendant ultimately parked his vehicle at 1000 19th Street in Virginia Beach, the Virginia Beach Convention Center.

4. Once he parked his vehicle officers surrounded his vehicle and detained the defendant without incident. A K-9 scan was immediately conducted and the K-9 alerted to the presence of narcotics in the vehicle.

1

5. A search of the vehicle revealed approximately 27.5 pounds of Fentanyl, 10 pounds of Methamphetamine, $6,000 in United States Currency, and three cell phones.

6. The defendant was arrested and advised of his *Miranda* Rights. The defendant waived his rights and agreed to answer questions. Among other things, the defendant admitted he was transporting illegal substances. He also admitted he had a tractor trailer located in Dupont, Pennsylvania that has additional narcotics in it. Officers contacted law-enforcement in Dupont, PA to conduct a search of the tractor-trailer. A search of the trailer recovered and additional 44 pounds of Fentanyl and 15 pounds of Methamphetamine.

7. Among other things, the defendant admitted he delivered narcotics on two previous occasions: November and December of 2021. The defendant admitted he knew the packages he was transporting contained illegal narcotics.

8. On or about February 6, 2022, in the Eastern District of Virginia and elsewhere, the defendant did knowingly and intentionally possess with intent to distribute 400 grams or more Fentanyl.

9. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

10. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.



Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____  6/12/2022
Graham M. Stolle
Special Assistant United States Attorney
Kevin M. Comstock
Assistant United States Attorney

3

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, JOEL DURAN, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
JOEL DURAN

I am James Orlando Broccoletti, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
James Orlando Broccoletti, Esq.
Attorney for JOEL DURAN